1  Megan Whyman Olesek (SBN 191218)
   molesek@kenyon.com
2  KENYON & KENYON LLP
   333 West San Carlos Street, Suite 600
3  San Jose, CA 95110
4  Telephone:  408.975.7500
   Facsimile:  408.975.7501
5
6  [additional counsel listed below]

7  Attorney for Defendant
   Sony Electronics Inc.
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                SAN FRANCISCO DIVISION
11

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation, DELL INC., a Delaware corporation, HEWLETT-PACKARD COMPANY, a California corporation, LENOVO (UNITED STATES) INC., a Delaware corporation, and SONY ELECTRONICS INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:11-cv-01509-SI<br><br>**REQUEST TO SUBSTITUTE COUNSEL** |

Defendant Sony Electronics Inc. hereby request the substitution of Megan Whyman Olesek of Kenyon & Kenyon LLP as their counsel of record, in place of Deron R. Dacus of Ramey & Flock, 100 East Ferguson, Ste 500, Tyler, TX 75702, telephone (903)597-3301, facsimile (903) 597-2413. Notices, pleadings, orders, rulings, and any other documents served in this action should be noticed to Megan Whyman Olesek at the address set forth below.

1 | Ramey & Flock consents to this substitution.

Dated: April 29th, 2011          Ramey & Flock

By: _____
    Deron R. Dacus

Kenyon & Kenyon LLP consents to this substitution.

Dated: April 29, 2011            Kenyon & Kenyon LLP

By: _____
Megan Whyman Olesek (SBN 191218)
molesek@kenyon.com
KENYON & KENYON LLP
333 W. San Carlos St., Suite 600
San Jose, CA 95110
Telephone: 408.975.7500
Facsimile: 408.975.7501

Of Counsel
Paul T. Qualey (*pro hac vice* application to be submitted)
pqualey@kenyon.com
John R. Hutchins (*pro hac vice* application to be submitted)
jhutchins@kenyon.com
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, D.C. 20005
Tel: (202) 220-4200
Fax: (202) 220-4201

### ORDER

IT IS HEREBY ORDERED that Megan Whyman Olesek of Kenyon & Kenyon LLP, shall be substituted as counsel of record in the above-referenced action.

Dated: 5/2/11

By: _____
UNITED STATES DISTRICT JUDGE
SUSAN ILLSTON