RECEIVED
MAY - 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Optimum Power Solutions LLC

        Plaintiff,

v.

Apple, et al.,

        Defendant.

CASE NO. 3: 11-01509SI

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Bryan Guy Harrison, whose business address and telephone number is Morris, Manning & Martin, LLP, 3343 Peachtree Road, Suite 1600, Atlanta, GA 30326; 404-233-7000

and who is an active member in good standing of the bar of Georgia and Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Optimum Power Solutions LLC

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/3/11

_____
Hon. Susan Illston
United States District Judge