1  Bryan Guy Harrison (*pro hac vice*)
   W. Andrew McNeil (*pro hac vice*)
2  MORRIS MANNING & MARTIN, LLP
   3343 Peachtree Road N.E.
3  Atlanta, GA 30326
   Telephone:  (404) 233-7000
4  Email:  bgh@mmmlaw.com
           amcneil@mmmlaw.com
5
   Matthew R. Schultz (SBN 220641)
6  TREPEL GREENFIELD SULLIVAN & DRAA LLP
7  150 California Street, Suite 2200
   San Francisco CA  94111
8  Telephone: (415) 283-1776
   Email:  mschultz@tmcglaw.com
9
   Attorneys for Plaintiff
10 OPTIMUM POWER SOLUTIONS LLC

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 | OPTIMUM POWER SOLUTIONS LLC | Case No:  3:11-cv-01509-SI |

16 |         Plaintiff(s),        | **OPTIMUM POWER SOLUTIONS LLC'S REQUEST FOR PERMISSION TO APPEAR AT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER** |

17 | vs. |

18 | APPLE INC., et al. |

19 |         Defendants.          |

20                                  Date:  Friday, December 2, 2011
                                    Time:  3:00 PM
21                                  Place: Courtroom 10 (Judge Illston)
                                           450 Golden Gate Ave., San
22                                         Francisco, CA
                                    Judge: Hon. Susan Illston
23

24

25

                                            Page 1
26 **Optimum Power Solutions LLC's Request for Permission to Appear at Supplemental Case Management by Telephone and [Proposed] Order**
   *Optimum Power Solutions LLC v. Apple Inc., et al.* (U.S. N.D. Cal. Case No:  3:11-cv-01509-SI)

Pursuant to Civil Local Rule 16-10(a), Plaintiff Optimum Power Solutions LLC ("OPS") hereby submits this request for permission from the Court for lead counsel Bryan Guy Harrison to appear at the Supplemental Case Management Conference ("Supplemental CMC"), currently scheduled for December 2, 2011 at 3:00 p.m., by telephone rather than in person, with good cause shown as follows:

1. OPS's lead counsel, Bryan Guy Harrison, is a resident of Atlanta, Georgia.
2. It would be unduly burdensome and costly for OPS's lead counsel to travel from Atlanta, Georgia to San Francisco, California, for the Supplemental CMC.
3. The telephonic appearance of OPS's lead counsel will not prejudice any party or hamper the efficient running of the Supplemental CMC.
4. Therefore, OPS respectfully requests leave to allow its lead counsel to appear at the Supplemental CMC via telephone.

Dated: November 29, 2011

TREPEL GREENFIELD SULLIVAN & DRAA LLP

By: ___/s/ Matthew R. Schultz___
Attorneys for Plaintiff
OPTIMUM POWER SOLUTIONS LLC

**IT IS SO ORDERED.**

Attorney Bryan Guy Harrison may appear at the December 2, 2011 Case Management Conference by telephone.

Date: 11/30/11

_____
Hon. Susan Illston
United States District Judge
Northern District of California

Counsel must provide a direct dial phone number to the court clerk. The Court initiates all conference calls.

Page 2
**Optimum Power Solutions LLC's Request for Permission to Appear at Supplemental Case Management by Telephone and [Proposed] Order**
*Optimum Power Solutions LLC v. Apple Inc., et al.* (U.S. N.D. Cal. Case No: 3:11-cv-01509-SI)