**EXHIBIT A**
**PARTIES' PATENT L.R. 4-3 STATEMENT**

1.    **"dynamic power management device" (Claims 1, 19, and 23)**

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| 1.   A **dynamic power management device** for supplying power to a solid state memory integrated circuit, said device comprising:     power control means for supplying a variable voltage to said memory integrated circuit; and     logic control means for generating address and control signals for said memory integrated circuit and for controlling said power control means;     wherein the power control means supply power to said memory integrated circuit, said power being supplied to the memory integrated circuit at a | Optimum Power does not believe that the preamble to Claim 1 is limiting.  However, to the extent that the Court determines to construe the preamble:     A device that supplies variable power to the solid state memory.     * * * * *     *Intrinsic Evidence –*    FIG. 1  "The present invention relates to memory controllers for solid state memories and particularly | a device that varies the power level supplied to the memory integrated circuit without varying the power level supplied to the rest of the system components     * * * * *     *Intrinsic Evidence –*    FIG. 1  (Fig. 1)     "The present invention relates to memory controllers for solid state memories and particularly to such a memory controller having a power |

1

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| first variable voltage level during periods of no data access activity and at a second variable voltage level during periods of data access activity, the variable voltage supplied at said first variable voltage level being less than the variable voltage supplied at said second variable voltage level; <br><br> wherein the power supplied at the first level is sufficient to preserve information stored in the integrated memory circuit and the power supplied at the second level is sufficient to read and write information in the integrated memory circuit. | to such a memory controller having a power management function allowing the power consumption of solid state memories to be curtailed." (1:10 to 1:16) <br><br> "According to the present invention. a dynamic power management device for supplying power to a solid state memory integrated circuit includes power control circuitry for supplying a variable voltage to the memory integrated circuit and logic control circuitry responsive to data access activity for generating address and control signals for the memory integrated circuit and for controlling the power control circuitry to supply power to the memory integrated circuit sufficient to maintain memory information in the memory integrated circuit during periods of no data access activity and sufficient to exchange memory information with the memory integrated circuit during periods of data access activity." (1:60-2:8) <br><br> "The dynamic power management device implements a dynamic power management strategy having several different elements in order to achieve significant power savings. Dynamic power management is applied not only to solid state memories but also to the dynamic power management device itself. The basic element of the power conservation strategy is to essentially turn off all functions not required at any particular | management function allowing the power consumption of solid state memories to be curtailed." (1:10 to 1:16)[1] <br><br> "As seen in Fig. 1, the dynamic power management device 10 provides all of the data, address and control inputs for the solid state memory 13. The dynamic power management device also provides an operating voltage VCC to the solid state memory 13." (3:27 to 3:29) <br><br> '784 Patent prosecution history response to office action dated July 24, 1997: *See, e.g.*, p.5: "Fung teaches a power conservation system as part of a complete computer system (abstract, lines 1-3). Fung does not teach a <u>memory specific</u> power management scheme. Fung only teaches <u>decreasing the frequency of refresh times</u> of a DRAM, <u>not varying the power level or the voltage level supplied to a memory</u>. Also, Fung does not teach multiple voltage setting supplied <u>specifically</u> to a memory or to any other element of the disclosed computer system. Claims 1 and 23, on the other hand, disclose varying the power level supplied to a memory <u>without necessarily varying</u> the power level supplied to the rest of the system components. Therefore, Fung fails to teach or suggest important elements of the Applicant's invention." (emphasis in original) |

---

[1] Intrinsic evidence citations in the form X:YY are to column(s) (X) and line(s) (YY) of the patent-in-suit, U.S. Patent No. 5,781,784.

2

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | time." (2:34-41) | '784 Patent prosecution history response to office action dated January 4, 1995: *See, e.g.*, p.4: "Figure 1 clearly shows that the VCC input of DRAM 13 is coupled only to power director 29 (through low pass filter 31). Consequently, power director can vary the voltage supplied to DRAM 13 without varying the voltage supplied to the rest of the electronic system in which the power management device and DRAM is embedded." |

2.    **"memory integrated circuit" (Claims 1, 19, and 23)[2]**

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| 1.   A dynamic power management device for supplying power to a solid state **memory integrated circuit**, said device comprising:<br><br>    power control means for supplying a variable voltage to said memory integrated circuit; and<br><br>    logic control means for generating address and control signals for said memory integrated circuit and for controlling said power control means;<br><br>    wherein the power control means supply power to said memory integrated circuit, said power being supplied | solid state memory<br><br>* * * * *<br><br>*Intrinsic Evidence –*<br><br><br><br>FIG. 1<br><br>"In contrast to the foregoing situation. solid state semiconductor memories. in particular DRAMs. are presently in abundant supply at relatively low cost." (1:47-50) | a memory chip<br><br>* * * * *<br><br>*Intrinsic Evidence –*<br><br><br><br>(Fig. 1)<br><br>"Furthermore, inputs to memory chips are 'driven softly' to conserve power." (2:61-62)<br><br>"Finally, in order to minimize the power consumed by multiple chips, data is stored into and read out of the chips serially with tens or even hundreds of consecutive bytes being stored on a |

[2] "Memory integrated circuit" is also apparently referred to as "integrated memory circuit."

Parties' PLR 4-3 Statement Exhibit A
Case No. 3:11-cv-01509-SI
\\DC - 029613/000028 - 3331456 v1

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| to the memory integrated circuit at a first variable voltage level during periods of no data access activity and at a second variable voltage level during periods of data access activity, the variable voltage supplied at said first variable voltage level being less than the variable voltage supplied at said second variable voltage level;    wherein the power supplied at the first level is sufficient to preserve information stored in the integrated memory circuit and the power supplied at the second level is sufficient to read and write information in the integrated memory circuit. | <br><br>Referring now to FIG. 3, expansion of the solid state memory from a single solid state memory device to any number of solid state memory devices may be achieved in two different ways. Using the daisy chain capability described in relation to FIG. 1, multiple dynamic power modules may be daisy chained together. each constituting a memory node. In addition, the dynamic power module may be modified to provide multiple ports. and a string of multiple memory devices may be connected to each port. In FIG. 3, four ports are provided and four memory devices are connected to each port such that a total of 16 memory devices are controlled by each dynamic power module.  (5:55-66).<br><br>(Figs. 1, 3). | single chip, such that only one chip needs to be active at any given time, thus reducing power consumption." (3:4 to 3:9)<br><br>'784 Patent prosecution history response to office action dated July 24, 1997: *See, e.g.*, p.5: "Fung teaches a power conservation system as part of a complete computer system (abstract, lines 1-3). Fung does not teach a <u>memory specific</u> power management scheme. Fung only teaches <u>decreasing the frequency of refresh times</u> of a DRAM, <u>not varying the power level or the voltage level supplied to a memory</u>. Also, Fung does not teach multiple voltage setting supplied <u>specifically</u> to a memory or to any other element of the disclosed computer system. Claims 1 and 23, on the other hand, disclose varying the power level supplied to a memory <u>without necessarily varying</u> the power level supplied to the rest of the system components.  Therefore, Fung fails to teach or suggest important elements of the Applicant's invention." (emphasis in original)<br><br>'784 Patent prosecution history response to office action dated January 4, 1995: *See, e.g.*, p.4: "Figure 1 clearly shows that the VCC input of DRAM 13 is coupled only to power director 29 (through low pass filter 31). Consequently, power director can vary the voltage supplied to DRAM 13 without varying the voltage supplied to the rest of the electronic system in which the power management device and DRAM is embedded." |

Parties' PLR 4-3 Statement Exhibit A
Case No. 3:11-cv-01509-SI
\\DC - 029613/000028 - 3331456 v1

3.    "power control means" (Claims 1 and 23)[3]

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| 1.   A dynamic power management device for supplying power to a solid state memory integrated circuit, said device comprising: **power control means** for supplying a variable voltage to said memory integrated circuit; and     logic control means for generating address and control signals for said memory integrated circuit and for controlling said power control means;     wherein the power control means supply power to said memory integrated circuit, said power being supplied to the memory integrated circuit at a | *Function* –  supplying a variable voltage to the memory integrated circuit  *Corresponding Structure* –  • PWM Rate Controller 27 to generate a pulse width modulation signal;    * * * * *  *Intrinsic Evidence* –    "Power to the solid state memory is controlled | *Corresponding Structure* –  • a pulse width modulation (PWM) rate controller (27) to generate a pulse width modulation signal;  • a power director (29) to select between power sources; and  • a low pass filter (31) to filter the pulse width modulation signal    * * * * *  *Intrinsic Evidence* – |

---

[3] OPS and Apple agree that this term is governed by 35 U.S.C. § 112, ¶ 6.

Parties' PLR 4-3 Statement Exhibit A
Case No. 3:11-cv-01509-SI
\\DC - 029613/000028 - 3331456 v1

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| first variable voltage level during periods of no data access activity and at a second variable voltage level during periods of data access activity, the variable voltage supplied at said first variable voltage level being less than the variable voltage supplied at said second variable voltage level; <br><br> wherein the power supplied at the first level is sufficient to preserve information stored in the integrated memory circuit and the power supplied at the second level is sufficient to read and write information in the integrated memory circuit. | using pulse width modulation (PWM) by a PWM rate controller 27." (Col. 3, ll. 58-60). <br><br>(Fig. 1). |  <br>(Fig. 1) <br><br>"Power to the solid state memory is controlled using pulse width modulation (PWM) by a PWM rate controller 27. Power is supplied by either a main battery BAT1 or a backup battery BAT2 selected between by a power director 29. Voltages from the main and backup batteries, a select signal from the power director 29 and a pulse width modulation signal from the PWM rate controller 27 are all input to an external low pass filter 31." (3:58 to 3:65) <br><br>"In an exemplary embodiment, the low pass filter 31 may be a conventional RLC filter and may additionally include a selection circuit and a FET power driver. The selection circuit selects either the main battery, the backup battery, or possibly some other power source to supply power to the FET power driver. The pulse width modulation signal |

7

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
|  |  | from the PWM rate controller 27 is filtered in the low pass filter and input to the FET power driver, which produces the voltage VCC. The voltage VCC is used to power the solid state memory 13 and is also input to the power director 29." (3:65 to 4:8)<br><br>"Operation of the dynamic power management device 10 to cycle power to the solid state memory 13 in accordance with different modes of operation of the solid state memory may be appreciated from FIGS. 2a-2d. During a standby period of operation shown in FIG. 2b, the operational voltage supplied to the solid state memory 13, shown in FIG. 2a, cycles between approximately 1.5 volts and 2 volts. During this period, the pulse width modulation signal is set to a minimum duty cycle sufficient to maintain data in the solid state memory 13. With each pulse, the voltage rises to approximately 2 volts; between pulses, the low pass filter 31 causes the voltage to be sustained at about 1.5 volts." (5:25 to 5:36) |

8

4.      "logic control means" (Claims 1 and 23)[4]

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| 1.   A dynamic power management device for supplying power to a solid state memory integrated circuit, said device comprising:<br><br>    power control means for supplying a variable voltage to said memory integrated circuit; and<br><br>**logic control means** for generating address and control signals for said memory integrated circuit and for controlling said power control means;<br><br>    wherein the power control means supply power to said memory integrated circuit, said power being supplied to the memory | *Function* –<br>generating address and control signals provided to the memory integrated circuit and… controlling the power control means<br><hr>*Corresponding Structure* –<br>• Binary Address Generator 21;<br>• A/D Convert 33;<br>• Power Feedback 35; and<br>• Timing Sequencer and Arbitor 37<br><br>* * * * *<br><br>*Intrinsic Evidence* – | *Corresponding Structure* –<br>• a binary address generator (21) to generate binary addresses in response to a request from the host or in response to a refresh timer;<br>• an encoder (25) to Gray code the binary addresses;<br>• a timing sequencer and arbitor (37) to: (a) control closed loop power monitoring by selecting in turn voltages to be sampled by an A/D converter and, if the selected voltage is not sufficient for the operation of the memory, increasing the pulse width duty cycle of the PWM rate controller or selecting another power source and (b) generate all the necessary control signals for the memory and, when the power is insufficient, delay the control signals that initiate an operation until adequate power has been confirmed;<br>• slew rate controllers (17, 19) to prolong the voltage rise and fall times of the inputs to the |

[4] OPS and Apple agree that this term is governed by 35 U.S.C. § 112, ¶ 6.

Parties' PLR 4-3 Statement Exhibit A
Case No. 3:11-cv-01509-SI
\\DC - 029613/000028 - 3331456 v1

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| integrated circuit at a first variable voltage level during periods of no data access activity and at a second variable voltage level during periods of data access activity, the variable voltage supplied at said first variable voltage level being less than the variable voltage supplied at said second variable voltage level;<br><br>    wherein the power supplied at the first level is sufficient to preserve information stored in the integrated memory circuit and the power supplied at the second level is sufficient to read and write information in the integrated memory circuit. | <br><br>FIG. 1<br><br>"A binary address generator 21 generates binary addresses in response to a request from the host or in response to a refresh timer block 23." (3:46 to 3:48)<br><br>"…[V]oltages are input to an analog multiplexer or other analog switch and are selected in turn by the timing sequencer and arbiter 37 to be sampled using the A/D converter 33. The digital representation of the selected voltage is input to the power feedback block 35. which compares the voltage value with a voltage value required by the solid state memory 13 in a particular mode of operation. The power feedback block 35 notifies the timing sequencer and arbiter 37 whether or not the selected voltage is sufficient for the desired operation. If not, the pulse width duty cycle may be | memory integrated circuit in order to reduce power consumption;<br><br>• a power director (29) to receive voltages from each of the power sources in addition to the voltage to be used to power the memory integrated circuit;<br><br>• an A/D converter (33) to convert the analog voltage provided by the power director to a digital representation; and<br><br>• a power feedback device (35) to compare the digital representation of the selected voltage with a voltage required by the memory integrated circuit in a particular mode of operation and to notify the timing sequencer and arbitor whether or not the selected voltage is sufficient for the desired operation<br><br>* * * * *<br><br>*Intrinsic Evidence –* |

Parties' PLR 4-3 Statement Exhibit A
Case No. 3:11-cv-01509-SI
\\DC - 029613/000028 - 3331456 v1

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | increased or another source may be selected. Closed-loop monitoring ensures that an adequate voltage is applied to the solid state memory 13. <br><br> The timing sequencer and arbitor generates all the necessary control signals for the solid state memory 13 including RAS, CAS and WE signals. When power is insufficient, the control signals that initiate an operation are delayed until adequate power has been confirmed. The timing sequencer and arbitor 37 also arbitrates between memory access by the host and memory refresh."  (4:8-34) <br><br> (Fig. 1). | *a binary address generator (21) to generate binary addresses in response to a request from the host or in response to a refresh timer* <br><br>  <br><br> (Fig. 1) <br><br> "A binary address generator 21 generates binary addresses in response to a request from the host or in response to a refresh timer block 23." (3:46 to 3:48) <br><br> "Binary addresses generated by the address generator 21 are Gray coded by an encoder 25 before being input to the slew rate controller 17 and to the solid state memory 13." (3:54 to 3:57) |

11

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | | ***an encoder (25) to Gray code the binary addresses***<br><br><br><br>(Fig. 1)<br><br>"Binary addresses generated by the address generator 21 are Gray coded by an encoder 25 before being input to the slew rate controller 17 and to the solid state memory 13." (3:54 to 3:57)<br><br>"The dynamic power management device uses slew rate controllers… in order to reduce the slew rate and hence power consumption. Furthermore, address inputs are encoded using gray code such that only one address input changes at a time." (2:65 to 3:4)<br><br>"Further power conservation is achieved by Gray coding address inputs to the solid state memory." (3:44 to 3:46) |

12

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | | *a timing sequencer and arbiter (37) to: (a) control closed loop power monitoring by selecting in turn voltages to be sampled by an A/D converter and, if the selected voltage is not sufficient for the operation of the memory, increasing the pulse width duty cycle of the PWM rate controller or selecting another power source and (b) generate all the necessary control signals for the memory and, when the power is insufficient, delay the control signals that initiate an operation until adequate power has been confirmed*<br><br><br>(Fig. 1)<br><br>"Closed-loop power monitoring is performed by the power director 29, an A/D converter 33 and a power feedback block 35 under the control of a timing sequencer and arbiter 37." (4:9 to 4:11)<br><br>"The foregoing voltages are input to an analog multiplexer or other analog switch and are selected |

13

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | | in turn by the timing sequencer and arbitor 37 to be sampled using the A/D converter 33." (4:15 to 4:18) "The power feedback block 35 notifies the timing sequencer and arbitor 37 whether or not the selected voltage is sufficient for the desired operation. If not, the pulse width duty cycle may be increased or another source may be selected." (4:22 to 4:26) "The timing sequencer and arbitor generates all the necessary control signals for the solid state memory 13 including RAS, CAS and WE signals. When power is insufficient, the control signals that initiate an operation are delayed until adequate power has been confirmed. The timing sequencer and arbitor 37 also arbitrates between memory access by the host and memory refresh." (4:29 to 4:35) |

14

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | | ***slew rate controllers (17, 19) to prolong the voltage rise and fall times of the inputs to the memory integrated circuit in order to reduce power consumption***<br><br><br><br>(Fig. 1)<br><br>"[I]nputs to the memory chips are driven softly to conserve power. For capacitive loads, the power consumed is proportional to the time rate of change of voltage, dV/dt. The time rate of change of voltage is also referred to as the slew rate.  The dynamic power management device uses slew rate controllers, driver circuits designed to have voltage rise and fall times prolonged in comparison to those of usual driver circuits, in order to reduce the slew rate and hence power consumption." (2:65 to 3:2)<br><br>"The slew rates of all of the digital inputs to the solid state memory 13 are minimized using slew rate controllers 15, 17 and 19 to conserve power. As |

15

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | | previously mentioned, the slew rate controllers may be input drivers designed to have prolonged rise times and fall times in comparison to conventional input drivers." (3:39 to 3:44)<br><br>***a power director (29) to receive voltages from each of the power sources in addition to the voltage to be used to power the memory integrated circuit***<br><br><br><br>(Fig. 1)<br><br>"Closed-loop power monitoring is performed by the power director 29, an A/D converter 33 and a power feedback block 35 under the control of a timing sequencer and arbiter 37." (4:9 to 4:11)<br>"The power director 29 receives voltages from each of the power sources in addition to the controlled voltage VCC. Preferably the power director 29 also produces an internal reference |

16

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | | voltage for calibration purposes." (4:12 to 4:15)<br><br>***an A/D converter (33) to convert the analog voltage provided by the power director to a digital representation***<br><br><br><br>FIG. 1<br>(Fig. 1)<br><br>"Closed-loop power monitoring is performed by the power director 29, an A/D converter 33 and a power feedback block 35 under the control of a timing sequencer and arbitor 37." (4:9 to 4:11)<br><br>"The foregoing voltages are input to an analog multiplexer or other analog switch and are selected in turn by the timing sequencer and arbitor 37 to be sampled using the A/D converter 33.  The digital representation of the selected voltage is input to the power feedback block 35…." (4:15 to 4:20) |

Parties' PLR 4-3 Statement Exhibit A
Case No. 3:11-cv-01509-SI
\\DC - 029613/000028 - 3331456 v1

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | | ***a power feedback device (35) to compare the digital representation of the selected voltage with a voltage required by the memory integrated circuit in a particular mode of operation and to notify the timing sequencer and arbiter whether or not the selected voltage is sufficient for the desired operation***<br><br><br>(Fig. 1)<br><br>"Closed-loop power monitoring is performed by the power director 29, an A/D converter 33 and a power feedback block 35 under the control of a timing sequencer and arbiter 37." (4:9 to 4:11)<br><br>"The digital representation of the selected voltage is input to the power feedback block 35, which compares the voltage value with a voltage value required by the solid state memory 13 in a particular mode of operation. The power feedback block 35 notifies the timing sequencer and arbiter 37 |

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | | whether or not the selected voltage is sufficient for the desired operation. If not, the pulse width duty cycle may be increased or another source may be selected. Closed-loop monitoring ensures that an adequate voltage is applied to the solid state memory 13." (4:18 to 4:28) |

19

5.      **"wherein the power control means supply power to said memory integrated circuit" (Claims 1 and 23)**

| | OPS's Construction | Apple's Construction |
|---|---|---|
| 1.   A dynamic power management device for supplying power to a solid state memory integrated circuit, said device comprising:<br><br>    power control means for supplying a variable voltage to said memory integrated circuit; and<br><br>    logic control means for generating address and control signals for said memory integrated circuit and for controlling said power control means;<br><br>**wherein the power control means supply power to said memory integrated circuit**, said power being supplied to the memory integrated circuit at a first variable voltage level | the power control means provides power to the memory integrated circuit<br><br>* * * * *<br><br>***Intrinsic Evidence –***<br><br><br><br>"Power to the solid state memory is controlled using pulse width modulation (PWM) by a PWM rate controller 27." (Col. 3, ll. 58-60).<br>    (Fig. 1). | wherein the power control means supply power specifically to the memory integrated circuit without varying the power level or voltage supplied to the rest of the electronic system in which the device and memory integrated circuit is embedded<br><br>* * * * *<br><br>***Intrinsic Evidence –***<br><br><br><br>(Fig. 1)<br><br>"As seen in Fig. 1, the dynamic power management device 10 provides all of the data, address and control inputs for the solid state memory 13. The dynamic power management device also provides an operating voltage VCC to the solid state |

20

| | OPS's Construction | Apple's Construction |
|---|---|---|
| during periods of no data access activity and at a second variable voltage level during periods of data access activity, the variable voltage supplied at said first variable voltage level being less than the variable voltage supplied at said second variable voltage level; wherein the power supplied at the first level is sufficient to preserve information stored in the integrated memory circuit and the power supplied at the second level is sufficient to read and write information in the integrated memory circuit. | | memory 13." (3:27 to 3:29)<br><br>'784 Patent prosecution history response to office action dated July 24, 1997: *See, e.g.*, p.5: "Fung teaches a power conservation system as part of a complete computer system (abstract, lines 1-3). Fung does not teach a <u>memory specific</u> power management scheme. Fung only teaches <u>decreasing the frequency of refresh times</u> of a DRAM, <u>not varying the power level or the voltage level supplied to a memory</u>. Also, Fung does not teach multiple voltage setting supplied <u>specifically</u> to a memory or to any other element of the disclosed computer system. Claims 1 and 23, on the other hand, disclose varying the power level supplied to a memory <u>without necessarily varying</u> the power level supplied to the rest of the system components. Therefore, Fung fails to teach or suggest important elements of the Applicant's invention." (emphasis in original)<br><br>'784 Patent prosecution history response to office action dated January 4, 1995: *See, e.g.*, p.4: "Figure 1 clearly shows that the VCC input of DRAM 13 is coupled only to power director 29 (through low pass filter 31). Consequently, power director can vary the voltage supplied to DRAM 13 without varying the voltage supplied to the rest of the electronic system in which the power management device and DRAM is embedded." |

21

6.    "variable voltage level" (Claims 1 and 23)

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| 1.  A dynamic power management device for supplying power to a solid state memory integrated circuit, said device comprising:<br><br>    power control means for supplying a variable voltage to said memory integrated circuit; and<br><br>    logic control means for generating address and control signals for said memory integrated circuit and for controlling said power control means;<br><br>    wherein the power control means supply power to said memory integrated circuit, said power being supplied to the | voltage that varies during a particular period or operation<br><br>* * * * *<br><br>***Intrinsic Evidence** –<br><br><br><br>Operation of the dynamic power management device 10 to cycle power to the solid state memory 13 in accordance with different modes of operation of the solid state memory may be appreciated from FIGS. 2a-2d. During a standby period of operation shown in FIG. 2b, the operational voltage supplied to the solid state memory 13. shown in FIG. 2a, cycles between approximately 1.5 volts and 2 volts. During this period. the pulse width modulation signal is set to a minimum duty cycle sufficient to maintain data in the solid state memory 13. With each pulse. the voltage rises to approximately 2 volts; between pulses. the low pass filter 31 causes the voltage to be sustained at about 1.5 volts. In preparation for a refresh cycle during a Prepare | a voltage that is cycled continuously between two different voltage values<br><br>* * * * *<br><br>***Intrinsic Evidence** –<br><br>    "Power to the solid state memory is controlled using pulse width modulation (PWM) by a PWM rate controller 27." (3:58 to 3:59)<br><br><br>(Fig. 2)<br><br>    "Operation of the dynamic power management device 10 to cycle power to the solid state memory 13 in accordance with different modes of operation of the solid state memory may be appreciated from FIGS. 2a-2d. During a standby period of operation shown in FIG. 2b, the operational voltage supplied to the solid state memory 13, shown in FIG. 2a, cycles between approximately 1.5 volts and 2 volts. During this period, the pulse width modulation signal is set to a minimum duty cycle sufficient to maintain data |

22

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| memory integrated circuit at a first **variable voltage level** during periods of no data access activity and at a second variable voltage level during periods of data access activity, the variable voltage supplied at said first variable voltage level being less than the variable voltage supplied at said second variable voltage level;<br><br>    wherein the power supplied at the first level is sufficient to preserve information stored in the integrated memory circuit and the power supplied at the second level is sufficient to read and write information in the integrated memory circuit. | Refresh period shown in FIG. 2b, the duty cycle of the pulse width modulation signal is increased, causing the voltage to ramp up from about 1.5 volts to about 3 volts. When the voltage has reached about 3 volts. sufficient to perform a refresh operation. the power feedback block 35 of FIG. 1 signals the timing sequence and arbiter 37 that it may proceed with a RAS cycle. initiating refresh. During a refresh period shown in FIG. 2b. the RAS signal generated by the timing sequencer and arbiter 37 drops low from a nominal value of about 2.7 volts. Current flow increases correspondingly from a quiescent current of about 100 microamps to about 1000 microamps. When refresh has been completed. the RAS signal is again raised. causing the current to drop to the quiescent level. The voltage supplied to the solid state memory is thereafter ramped down during a Prepare Standby period. after which the dynamic power management device 10 resumes standby operation.  (5:25-54).<br><br>        (Figs. 2a-2b). | in the solid state memory 13. With each pulse, the voltage rises to approximately 2 volts; between pulses, the low pass filter 31 causes the voltage to be sustained at about 1.5 volts." (5:25 to 5:36)<br><br>    '784 Patent prosecution history response to office action dated July 24, 1997: *See, e.g.*, p.4: "Nakatani et al. teach the use of two <u>discrete and non-varying</u> voltage levels, $V_{CC}$ and $V_{DR}$, (column 3, lines 13-18). Nothing in Nakatani et al. teaches or implies that either $V_{CC}$ or $V_{DR}$ are anything but static, <u>invariant</u> voltages. The claimed invention, however, discloses <u>dynamically variable</u> voltage levels which vary continuously during transition periods. As stated on page 6, lines 9-11, of the Specification '[d]uring transitional periods from non-activity to activity, the voltage is ramped up and then ramped back down.' Claim 1 and Claim 23, as amended, teach 'power control means … for supplying a <u>variable</u> voltage to the memory integrated circuit' …, where<br><br>        said power being supplied to the memory integrated circuit at a first <u>variable voltage</u> level during periods of no data access activity and at a second <u>variable voltage</u> level during periods of data access activity, the <u>variable voltage</u> level during periods of data access activity, the <u>variable</u> voltage supplied at said first <u>variable</u> voltage level being less than the <u>variable</u> voltage supplied at the second <u>variable</u> voltage level … |

23

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| | | The claimed structure is neither anticipated nor suggested by Nakatani et al.  The passage cited by the Examiner in support of Nakatani et al. disclosing 'a variable voltage level' teaches switching between two <u>fixed</u> voltage levels.  Claims 1 and 23, on the other hand, disclose supplying two <u>different variable</u> voltage levels." (emphasis in original) |

Parties' PLR 4-3 Statement Exhibit A
Case No. 3:11-cv-01509-SI
\\DC - 029613/000028 - 3331456 v1

7.   **"the power supplied at the first level is sufficient to preserve information… and the power supplied at the second level is sufficient to read and write information" (Claims 1 and 23)**

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| 1.   A dynamic power management device for supplying power to a solid state memory integrated circuit, said device comprising:<br><br>     power control means for supplying a variable voltage to said memory integrated circuit; and<br><br>     logic control means for generating address and control signals for said memory integrated circuit and for controlling said power control means;<br><br>     wherein the power control means supply power to said memory integrated circuit, said power being supplied to the memory integrated circuit at a first variable voltage level during periods of no data access activity and at a second variable voltage level during periods of data access activity, the variable voltage supplied at said first variable voltage level | The voltage provided by the power control means to the memory integrated circuit at the first level is at a level sufficient to maintain the stored information<br><br>The voltage provided by the power control means to the memory integrated circuit is at a level sufficient to allow the reading of—and writing to—the memory integrated circuit<br><br><br>* * * * *<br><br>*Intrinsic Evidence* –<br><br>     Operation of the dynamic power management device 10 to cycle power to the solid state memory 13 in accordance with different modes of operation of the solid state memory may be appreciated from FIGS. 2a-2d. During a standby period of operation shown in FIG. 2b, the operational voltage supplied to the solid state memory 13. shown in FIG. 2a, cycles between approximately 1.5 volts and 2 volts.  During this period. the pulse width modulation signal is set to a | the power supplied at the first level is a minimal voltage sufficient to maintain memory information during periods of no data access activity, but not read and write information in the memory integrated circuit, and the power supplied at the second level is sufficient to read and write information in the memory integrated circuit<br><br><br>* * * * *<br><br>*Intrinsic Evidence* –<br><br>     "When used in conjunction with DRAMs, the dynamic power management device supplies power to the memory sufficient to maintain memory information during periods of no data access activity and sufficient to exchange memory information with the memory during periods of data access activity. Hence, during periods of no data access activity, a minimal voltage is supplied to memory. During periods of data access activity, a greater operational voltage is supplied to memory." (2:48 to 2:56)<br><br>     "Operation of the dynamic power management device 10 to cycle power to the solid state memory 13 in accordance with different modes of operation of the solid state memory may be appreciated from FIGS. 2a-2d. During a standby period of operation |

25

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
| being less than the variable voltage supplied at said second variable voltage level;<br><br>    wherein **the power supplied at the first level is sufficient to preserve information** stored in the integrated memory circuit **and the power supplied at the second level is sufficient to read and write information** in the integrated memory circuit. | minimum duty cycle sufficient to maintain data in the solid state memory 13. With each pulse. the voltage rises to approximately 2 volts; between pulses. the low pass filter 31 causes the voltage to be sustained at about 1.5 volts. In preparation for a refresh cycle during a Prepare Refresh period shown in FIG. 2b, the duty cycle of the pulse width modulation signal is increased, causing the voltage to ramp up from about 1.5 volts to about 3 volts. When the voltage has reached about 3 volts. sufficient to perform a refresh operation. the power feedback block 35 of FIG. 1 signals the timing sequence and arbiter 37 that it may proceed with a RAS cycle. initiating refresh. During a refresh period shown in FIG. 2b. the RAS signal generated by the timing sequencer and arbiter 37 drops low from a nominal value of about 2.7 volts. Current flow increases correspondingly from a quiescent current of about 100 microamps to about 1000 microamps. When refresh has been completed. the RAS signal is again raised. causing the current to drop to the quiescent level. The voltage supplied to the solid state memory is thereafter ramped down during a Prepare Standby period. after which the dynamic power management device 10 | shown in FIG. 2b, the operational voltage supplied to the solid state memory 13, shown in FIG. 2a, cycles between approximately 1.5 volts and 2 volts. During this period, the pulse width modulation signal is set to a minimum duty cycle sufficient to maintain data in the solid state memory 13. With each pulse, the voltage rises to approximately 2 volts; between pulses, the low pass filter 31 causes the voltage to be sustained at about 1.5 volts. In preparation for a refresh cycle during a Prepare Refresh period shown in FIG. 2b, the duty cycle of the pulse width modulation signal is increased, causing the voltage to ramp up from about 1.5 volts to about 3 volts. When the voltage has reached about 3 volts, sufficient to perform a refresh operation, the power feedback block 35 of FIG. 1 signals the timing sequence and arbiter 37 that it may proceed with a RAS cycle, initiating refresh. During a refresh period shown in FIG. 2b, the RAS signal generated by the timing sequencer and arbiter 37 drops low from a nominal value of about 2.7 volts. Current flow increases correspondingly from a quiescent current of about 100 microamps to about 1000 microamps. When refresh has been completed, the RAS signal is again raised, causing the current to drop to the quiescent level. The voltage supplied to the solid state memory is thereafter ramped down during a Prepare Standby period, after which the dynamic power management device 10 resumes standby operation." (5:28 to 5:54) |

26

| Exemplary Claim 1 | OPS's Construction | Apple's Construction |
|---|---|---|
|  | resumes standby operation.  (5:25-54). (Figs. 2a-2c, 4). | <br><br>(Fig. 2)<br><br>'784 Patent prosecution history response to office action dated July 24, 1993: *See, e.g.,*, Applicant's amendments (in relevant part) to Claims 1 and 23: "wherein the power supplied at the first level is [greater than or equal to a power necessary] <u>sufficient</u> to preserve information stored in the integrated memory circuit and the power supplied at the second level is [greater than or equal to the power required] <u>sufficient</u> to read and write information in the integrated memory circuit." *See also* Applicant's remarks at p.3: "The Examiner stated in his Office Action of April 25, 1997 that the last six lines of Claims 1 and 23 recite different subject matter than the subject matter disclosed in the Specification. In accordance with the Examiner's suggestion in his informal telephone conference with Applicant's attorney on April 16, 1997, Applicant respectfully submits these changes to bring the Claims into correspondence with the Specification and requests withdrawal of the Examiner's rejection." |

Parties' PLR 4-3 Statement Exhibit A
Case No. 3:11-cv-01509-SI
\\DC - 029613/000028 - 3331456 v1