IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPTIMUM POWER SOLUTIONS LLC,

    Plaintiff,

v.

APPLE INC,

    Defendant.

No. C 11-1509 SI

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF PLAINTIFF'S CLAIM CONSTRUCTION STATEMENT**

On May 23, 2012, the Court held a claim construction hearing. On May 30, 2012, plaintiff filed a motion for leave to file a sur-reply in support of its claim construction statement. Plaintiff's motion states that good cause exists for leave to file a sur-reply because at the claim construction hearing, "due to the late hour, Plaintiff was unable to respond concerning a number of factual statements made by Defendant as part of Defendant's presentation." Motion at 1:4-6. Defendant opposes the motion.

The Court DENIES plaintiff's motion. Plaintiff has not demonstrated good cause to file a sur-reply. Plaintiff's proposed sur-reply would be its third claim construction brief, plaintiff failed to request rebuttal time at the claim construction hearing, and plaintiff's proposed sur-reply introduces new extrinsic evidence. This order resolves Docket No. 184.

**IT IS SO ORDERED.**

Dated: July 2, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE