1  Bryan Guy Harrison (*pro hac vice*)
   W. Andrew McNeil (*pro hac vice*)
2  MORRIS MANNING & MARTIN, LLP
   3343 Peachtree Road N.E.
3  Atlanta, GA 30326
   Telephone:  (404) 233-7000
4  Email:  bgh@mmmlaw.com
           amcneil@mmmlaw.com
5
   Matthew R. Schultz (SBN 220641)
6  TREPEL GREENFIELD SULLIVAN &
   DRAA  LLP
7  150 California Street, Suite 2200
   San Francisco CA  94111
8  Telephone: (415) 283-1776
   Email:  mschultz@tmcglaw.com
9
   Attorneys for Plaintiff
10 OPTIMUM POWER SOLUTIONS LLC

The case management conference has been continued to Friday, July 13, 2012, at 3 p.m.

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC<br><br>Plaintiff(s),<br><br>vs.<br><br>APPLE INC., et al.<br><br>Defendants. | Case No:  3:11-cv-01509-SI<br><br>**JOINT STIPULATION FOR BRIEF CONTINUANCE OF STATUS CONFERENCE** |

   Pursuant to Civil L.R. 7-12 and Patent L.R. 4-3(a), Plaintiff Optimum Power Solutions LLC ("Plaintiff") and Defendant Apple Inc. ("Defendant") (collectively, "the Parties") stipulate to continuing the upcoming status conference, currently scheduled for this Friday, June 29, 2012, to one of the following dates:  July 11 or 12, 2012 or a date thereafter that is convenient for the Court.  The move is necessitated by the fact that

Plaintiff's counsel is unavailable on the date of June 29, 2012 due to a mediation currently scheduled in the Eastern District of Texas on that date. Last month, on May 24, 2012, the parties contacted the Court's clerk via email to respectfully request that the status conference be rescheduled to July 11 or 12, 2012 due to the conflict, but the status conference remains scheduled. The parties respectfully request that the status conference be continued to July 11 or 12, 2012, or date thereafter that is convenient for the Court.

Respectfully submitted,

Dated: June 27, 2012            TREPEL GREENFIELD SULLIVAN & DRAA LLP

By:  /s/ Matthew R. Schultz
     Attorneys for Plaintiff
     OPTIMUM POWER SOLUTIONS LLC

Dated: June 27, 2012            HOGAN LOVELLS

By:  /s/ Celine J. Crowson[i]
     Attorneys for Defendant
     APPLE INC.

---

[i] While Ms. Crowson is not the electronic filer of the instant document, pursuant to General Order No. 45, Para. X(b), she has reviewed this document and concurred in its filing.