*Names and addresses of counsel for plaintiff and defendants appear on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SONY ELECTRONICS INC.,<br><br>　　　　Defendant. | Case No. 3:12-cv-03126-SI<br><br>**JOINT STIPULATION FOR BRIEF CONTINUANCE OF STATUS CONFERENCE AND [~~PROPOS~~ED] ORDER** |
| OPTIMUM POWER SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No.  3:11-cv-01509-SI<br><br>**JOINT STIPULATION FOR BRIEF CONTINUANCE OF STATUS CONFERENCE** |
| OPTIMUM POWER SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Defendant. | Case No. 3:12-cv-03125-SI<br><br>**JOINT STIPULATION FOR BRIEF CONTINUANCE OF STATUS CONFERENCE** |
| Case No. 3:12-cv-03123-SI | JOINT STIPULATION FOR BRIEF CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER |

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>PANASONIC CORPORATION OF NORTH AMERICA,<br><br>       Defendant. | Case No.  3:12-cv-03123-SI<br><br>**JOINT STIPULATION FOR BRIEF CONTINUANCE OF STATUS CONFERENCE** |
| OPTIMUM POWER SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>LENOVO (UNITED STATES) Inc.,<br><br>       Defendant. | Case No.  3:12-cv-03127-SI<br><br>**JOINT STIPULATION FOR BRIEF CONTINUANCE OF STATUS CONFERENCE** |

Pursuant to Civil L.R. 7-12, Plaintiff Optimum Power Solutions LLC ("**Plaintiff**") and Defendants Apple Inc., Panasonic Corporation of North America, Hewlett-Packard Company, Sony Electronics Inc., and Lenovo (United States) Inc. ("**Defendants**") stipulate to continuing the upcoming status conference in each of their respective cases (captioned above), currently scheduled for October 5, 2012, to November 9, 2012 or a date thereafter that is convenient for the Court. This move will facilitate scheduling (including that regarding possible early dispositive motion practice) and coordination of the above-referenced, now-related cases (as well as likely Plaintiff's case against Dell Inc., which was recently transferred from the Eastern District of Texas to this District). The Plaintiff and Defendants thus request that their respective status conferences be continued until November 9, 2012 or a date thereafter that is convenient for the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 27, 2012 | **Bryan G. Harrison** (*admitted pro hac vice*) |
| | | **MORRIS, MANNING & MARTIN LLP** |
| 3 | | 3343 Peachtree Road, N.E., Suite 1600 |
| | | Atlanta, GA 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 |
| 4 | | Tel: (404) 504-7619 |
| | | Email: bgh@mmmlaw.com |
| 5 | | |
| | | By:   /s/ Bryan Harrison_____ |
| 6 | | |
| | | *Attorneys for Plaintiff Optimum Power Solutions LLC* |

Dated: September 27, 2012

**Celine J. Crowson** (*admitted pro hac vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Columbia Square
Washington, D.C. 20004
Tel: (202) 637-5600
Email: celine.crowson@hoganlovells.com

By:   /s/ Celine Crowson_____

*Attorneys for Defendant Apple Inc.*

Dated: September 27, 2012

**Joseph M. Casino** (*admitted pro hac vice*)
**AMSTER ROTHSTEIN & EBENSTEIN LLP**
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8028
Email: jcasino@arelaw.com

By:   /s/ Joe Casino_____

*Attorneys for Defendant Panasonic Corporation of North America*

Dated: September 27, 2012

**Paul Alexander** (CSB No. 049997)
**ARNOLD & PORTER LLP**
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel: (650) 798-2921
Email: paul.alexander@aporter.com

By:   /s/ Paul Alexander_____

*Attorneys for Defendant Hewlett-Packard Company*

Dated: September 27, 2012

**John R. Hutchins** (*admitted pro hac vice*)
**KENYON & KENYON LLP**
1500 K Street NW, Suite 700
Washington, D.C. 20005
Tel: (202) 220-4217
Email: jhutchins@kenyon.com

By:  __/s/ John Hutchins_____

*Attorneys for Defendant Sony Electronics Inc.*

Dated: September 27, 2012

**Steven M. Hanle** (CSB No. 168876)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Tel: (714) 513-5100
Email: shanle@sheppardmullin.com

By:  __/s/ Steve Hanle_____

*Attorneys for Defendant Lenovo (United States) Inc.*

**ATTESTATION PURSUANT TO CIVIL L. R. 5-1**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 27, 2012

**Megan Whyman Olesek** (CSB No. 191218)
**KENYON & KENYON LLP**
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone: 650-384-4700/ Fax: 650-384-4701
Email: molesek@kenyon.com

By:  __/s/ Megan Olesek_____

*Attorneys for Defendant Sony Electronics Inc.*

**ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED.** The Case Management Conference in the above-referenced cases is continued to November 30, 2012, at 2:30 p.m., in Courtroom 10, on the 19th Floor of the San Francisco Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102.

**DATED:** __10/3/12_____       _____
                                   **HONORABLE SUSAN ILLSTON**
                                   **UNITED STATES DISTRICT JUDGE**

Case No. 3:12-cv-03123-SI    -4-    JOINT STIPULATION FOR BRIEF CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER