IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUM POWER SOULTIONS LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC, ET AL.,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. C 11-01509, 12-3123, 12-3125, 12-3126, 12-3127, 12-4999 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: ___ at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 07/26/2013.

DESIGNATION OF EXPERTS: 08/16/2013; REBUTTAL: 09/13/2013.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 11/15/2013.

DISPOSITIVE MOTIONS **SHALL** be filed by 01/17/2014;

　　Opp. Due 01/31/2014;   Reply Due 02/06/2014;

　　 and set for hearing no later than 02/21/2014, at 9:00 AM.

PRETRIAL CONFERENCE DATE: 03/25/2014, at 3:30 PM.

JURY TRIAL DATE: 04/07/2014, at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/13/2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge