1
2
3
4
5                              IN THE UNITED STATES DISTRICT COURT
6                           FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   OPTIMUM POWER SOLUTIONS LLC.,          No. C 11-01509 SI
9            Plaintiff,                    And Related Cases:
10     v.                                  12-cv-03123-SI
                                            12-cv-03125-SI
11  APPLE INC.,                            12-cv-03126-SI
                                            12-cv-03127-SI
12           Defendant.                    12-cv-04999-SI
13
14  _____/       **ORDER OF RECUSAL**
15
16         I hereby recuse myself in the above entitled related matters and request that these cases be
17  reassigned pursuant to Section F. of the Assignment Plan of this Court.
18
19         **IT IS SO ORDERED.**
20
21  Dated: January 9, 2013                 _____
                                            SUSAN ILLSTON
22                                          United States District Judge
23
24
25
26
27
28

**United States District Court**
For the Northern District of California