IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. <br> _____/ | No. C 11-01509 SI <br><br> And Related Cases: <br><br> 12-cv-03123-SI <br> 12-cv-03125-SI <br> 12-cv-03126-SI <br> 12-cv-03127-SI <br> 12-cv-04999-SI <br><br> **ORDER OF RECUSAL** |

   I hereby recuse myself in the above entitled related matters and request that these cases be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: January 9, 2013

SUSAN ILLSTON
United States District Judge