IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE INC., et al.,<br><br>  Defendants.<br>_____ / | No. C 11-01509, 12-3123, 12-3125,<br>12-3126, 12-3127, 12-4999 WHA<br><br>**AMENDED OMNIBUS ORDER<br>SETTING CASE MANAGEMENT<br>CONFERENCE AND BRIEFING<br>SCHEDULE ON REASSIGNMENT** |

The prior omnibus order regarding the pending motions for summary judgment is modified as follows: responses are due on **MARCH 11 AT NOON**; replies are due on **APRIL 1 AT NOON**; the motions shall be heard on **MAY 2 AT 8:00 A.M**. Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

A further case management conference shall be held on **JANUARY 31 AT 11:00 A.M** at the same location. Please do not ask to appear by telephone. A joint case management statement not to exceed 10 pages shall be due by **JANUARY 28 AT NOON**.

**IT IS SO ORDERED.**

Dated: January 15, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE