**MATTHEW R. SCHULTZ (SBN 220641)**
*mschultz@tgsdlaw.com*
**GREENFIELD SULLIVAN DRAA & HARRINGTON LLP**
150 California Street, Suite 2200
150 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777

**BRYAN G. HARRISON**
*bgh@mmmlaw.com*
**MORRIS MANNING & MARTIN LLP**
3343 Peachtree Road Suite 1600
Atlanta, GA 30326
Telephone: (404) 233-7000
Fax: (404) 365-9532

Attorneys for Plaintiff
OPTIMUM POWER SOLUTIONS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>APPLE INC., a California Corporation,,<br><br>            Defendant. | Case No.  3:11-cv-01509-WHA<br><br>STIPULATION FOR ENTRY OF FINAL JUDGMENT AS TO NONINFRINGEMENT OF U.S. PAT. NO. 5,781,784<br><br>Judge:  Hon. William H. Alsup |

STIPULATION TO NONINFRINGEMENT

Plaintiff Optimum Power Solutions LLC ("Optimum Power") and Defendant Apple Inc., through their respective counsel hereby stipulate as follows, subject to the Court's approval:

1. On July 2, 2012, this Court construed as a matter of law certain claim terms contained within U.S. Pat. No. 5,781,784 (the "'784 Patent") (Dkt. #191).

2. The asserted claims of the '784 Patent are claims 1, 19, and 23. The accused devices of the '784 Patent are as described in Apple's Motion for Summary Judgment (Dkt. #204-1 to #204-4), which is herein incorporated by reference.

3. Among other claim constructions, the Court provided the following construction for the disputed claim limitation "logic control means" (the "Logic Control Means Limitation"):

> <u>Function</u>—generating address and control signals provided to the memory integrated circuit and . . . controlling the power control means.
>
> <u>Corresponding Structure</u>—
>
> (1) a binary address generator (21) to generate binary addresses in response to a request from the host or in response to a refresh timer;
>
> (2) an encoder (25) to Gray code the binary addresses;
>
> (3) a slew rate controller (17 and 19) to prolong the voltage rise and fall times of the inputs to the memory integrated circuit in order to reduce power consumption;
>
> (4) a timing sequencer and arbitor (37) to (a) generate control signals for the memory, (b) control closed loop power monitoring by selecting in turn voltages to be sampled by an A/D converter and, if the selected voltage is not sufficient for the operation of the memory, increasing the pulse width cycle of the PWM rate controller or selecting another power source, and (c) when the power is insufficient, delay the control signals that initiate an operation until adequate power has been confirmed;

   (5) a power director (29) to receive voltages from each power source in addition to the voltage to be used to power the memory integrated circuit;

   (6) an A/D converter (33) to convert the analog voltage provided by the power director to a digital representation; and

   (7) a power feedback device (35) to compare the digital representation of the selected voltage with a voltage required by the memory integrated device in a particular mode of operation and to notify the timing sequencer and arbitor whether or not the selected voltage is sufficient for the desired operation.

  4. Among other claim constructions, the Court construed the disputed claim phrase "wherein the power control means supply power to said memory integrated circuit" (the "Power Supply Limitation") to mean "wherein the power control means can supply power specifically to the memory integrated circuit without varying the power level or voltage supplied to the rest of the electronic system in which the device and memory integrated circuit is embedded."

  5. The parties stipulate that, under either the Court's construction of the Logic Control Means Limitation or the Power Supply Limitation, Defendant has not infringed and does not infringe the asserted claims of the '784 Patent.

  6. Therefore, the parties hereby stipulate that all products of Defendant that Optimum Power accuses of infringement of the '784 Patent do not infringe the '784 Patent, and that the parties hereby stipulate to a judgment of non-infringement of the '784 Patent in favor of Defendant and against Optimum Power.

  7. Notwithstanding the foregoing, Optimum Power specifically objects to the Court's construction of the Logic Control Means Limitation and Power Supply Limitation, as well as other constructions set forth in the Court's Order.  The parties reserve their rights to challenge these or any other constructions of the disputed claim phrases of the '784 Patent on appeal.

  8. The parties hereby stipulate to dismissal without prejudice of Defendants' counterclaims as to the '784 Patent and Optimum Power acknowledges and agrees that

dismissal of such counterclaims will not prejudice Defendant's ability to assert such counterclaims in the future.

9. The parties stipulate that final judgment as to Optimum Power's claim for infringement of the '784 Patent is warranted and that there is no just reason for delay of entry of final judgment in favor of Defendant.

10. Nothing herein shall prejudice any party's right to move for fees and/or costs.

It is SO STIPULATED.

Respectfully submitted,

Dated:  March 19, 2013

By: /s/ Matthew R. Schultz

Matthew R. Schultz (SBN 220641)
TREPEL GREENFIELD SULLIVAN & DRAA LLP
150 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777

AND

Bryan G. Harrison (*Pro Hac Vice*)
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Telephone:  (404) 233-7000
Facsimile:  (404) 365-9532

Attorneys for Plaintiff
OPTIMUM POWER SOLUTIONS LLC

-4-
STIPULATION OF NON-INFRINGEMENT

| | | |
|---|---|---|
| 1 | Dated: March 19, 2013 | HOGAN LOVELLS US LLP |
| 2 | | By: /s/ Celine Jimenez Crowson |
| 3 | | Celine Jimenez Crowson (Pro Hac Vice) |
| | | Clayton C. James (Pro Hac Vice) |
| 4 | | Joseph J. Raffetto (Pro Hac Vice) |
| 5 | | 555 Thirteenth Street, N.W. |
| | | Columbia Square |
| 6 | | Washington, DC 20004 |
| | | Telephone: (202) 637-5600 |
| 7 | | Fax: (202) 637-5910 |
| 8 | | Email: Celine.Crowson@hoganlovells.com |
| 9 | | Attorneys for Defendant and Counter-Claimant APPLE INC. |

-5-

STIPULATION OF NON-INFRINGEMENT