1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   OPTIMUM POWER SOLUTIONS LLC,              Nos. C 11-01509, 12-3123, 12-3125,
                                               12-3126, 12-3127, 12-4999 WHA
11              Plaintiff,

12     v.                                      **OMNIBUS ORDER VACATING
                                               HEARING AND CLOSING FILES**
13   APPLE INC., et al.,

14              Defendants.

15   _____/

16          Final judgment of non-infringement has been entered pursuant to the parties' stipulations

17   in the actions identified above.  Accordingly, the May 2 hearing on the parties' motions for

18   summary judgment is **VACATED**.  The clerk shall **CLOSE THE FILES**.

19

20          **IT IS SO ORDERED.**

21

22   Dated:   March 19, 2013.                          _____

23                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
24

25

26

27

28

**United States District Court**
For the Northern District of California